Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00765-CV

**DOLGENCORP OF TEXAS, INC.** d/b/a Dollar General,
Appellant

v.

Esiquio **ESPINOZA** and Ida V. Espinoza Jr., Individually and as Representative of the Estate of Misty Dawn Espinoza, Deceased; Liliana Valdez, as Next of Friend for D'Anthony Michael Blades; Victor Blades, as Administrator of the Estate of Clarence A. Blades, Jr. and on Behalf of Clarence A Blades Sr.; and Choroland I. McQueen, Individually,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-16363
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  February 2, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

By order of this court, oral argument in this case was set for January 26, 2011. However, on January 21, 2011, appellees filed a notice of nonsuit of all their claims in the trial court, with a courtesy copy filed in this court. In response, appellant filed a motion to dismiss this appeal, and requested that we assess costs against appellees. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellees. *See* TEX. R. APP. P. 43.4 (stating that

in civil cases, court of appeals may, for good cause, tax costs in contravention of general rules governing costs).

PER CURIAM